IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVIN EUGENE DIXON JR., | 8:22CV138 |
| Plaintiff, | |
| vs. | ORDER |
| THE COUNTY OF DOUGLAS, NEBRASKA, | |
| Defendant. | |

This matter is before the court on its own motion. On September 12, 2022, the clerk of the court sent an order to Plaintiff at his last-known address and it was returned as undeliverable. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to said Plaintiff.

2. The case progression schedule (Filing 15) is stayed until further order of the court.

3. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **October 20, 2022**: check for address

Dated this 20th day of September, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge