IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVIN EUGENE DIXON JR., | 8:22CV138 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| THE COUNTY OF DOUGLAS, NEBRASKA, | |
| Defendant. | |

Plaintiff has filed a notice of change of address, and states he is out of jail. (Filing 18.) Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $402.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in the dismissal of this action without further notice to Plaintiff.

2. The clerk of the court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The clerk of the court is directed to set a pro se case management deadline with the following text: **October 31, 2022: deadline for Plaintiff to file new IFP application or pay filing fee.** The previous pro se case management deadline, requiring Plaintiff to update his address, may be terminated.

4.	The stay of proceedings that was entered on September 20, 2022 (Filing 17), will remain in effect until further order of the court.

Dated this 29th day of September, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge
